1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13
14
15
16
17
18

WALTER K. DENNIS,

        Petitioner,

     v.

THE STATE OF WASHINGTON,

        Responden,.

Case No. C06-5575RBL

ORDER TO AMEND

19
20
21
22
23
24
25
26
27
28

      This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254  (Dkt. # 1).   Petitioner names the State of Washington as respondent.  28 U.S.C. § 2243 indicates that writs are to be directed "to the person having custody of the person detained".  This person typically is the superintendent of the facility in which the petitioner is incarcerated.  Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction.  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).   The petitioner is housed at the Washington State Penitentiary in

ORDER

1   Walla Walla.  The superintendent of that facility is the proper respondent.  Further, in submitting his

2   petition petitioner left out several pages of the normal form that address post conviction relief (Dkt.

3   # 1 missing pages 9-11).

4        The clerk is directed to send petitioner a new habeas corpus form. Petitioner is ordered to file

5   an amended petition ,and petitioner must name the superintendent of the facility where he is

6   incarcerated.  Petitioner is directed to return the entire form and not omit pages.  The new petition

7   must be filed on or before **December 22nd, 2006** or the court will recommend dismissal of this

8   petition on jurisdictional grounds.

9        The clerk is ordered to send copies of this order and the form to the petitioner and to note

10  this matter for the **December 22nd, 2006** calendar.

11

12       DATED this 20th day of November, 2006.

13

14                         */S/ J. Kelley Arnold*

                         J. Kelley Arnold

15                           United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER